| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

DR. BABU SUBRANMANIAM,

                              **Plaintiff,**              1:09-cv-93

   v.

DR. ROBERT CENTENO, ST. CROIX DISTRICT GOVERNING BOARD OF DIRECTORS, JUAN F. LUIS HOSPITAL, and MEDICAL CENTER, A DIVISION OF THE GOVERNMENT OF THE VIRGIN ISLANDS,

                             **Defendants.**

TO:    Lee Rohn, Esq.
          Royette V. Russell, Esq.

## ORDER DENYING MOTIONS FOR ENTRY OF DEFAULT

THIS MATTER came before the Court upon Plaintiff's Motions For Entry of Default (Docket Nos. 9 and 10) against Defendant St. Croix District Governing Board of Directors and Defendant Juan F. Luis Hospital and Medical Center, respectively.

The docket reflects that said Defendants have now responded to the complaint or otherwise appeared. Consequently, the Court finds the motions to be moot.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiff's Motion For Entry of Default (Docket No. 9) is **DENIED AS MOOT**.

2. Plaintiff's Motion For Entry of Default (Docket No. 10) is **DENIED AS MOOT**.

          ENTER:

Dated: February 23, 2010          /s/ George W. Cannon, Jr.
         GEORGE W. CANNON, JR.
         U.S. MAGISTRATE JUDGE