| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** <br> **DIVISION OF ST. CROIX** | |
| DR. BABU SUBRAMANIAM, <br><br>                         Plaintiff, <br>   v. <br><br> DR. ROBERT CENTENO, ST. CROIX DISTRICT GOVERNING BOARD OF DIRECTORS, JUAN F. LUIS HOSPITAL, and MEDICAL CENTER, A DIVISION OF THE GOVERNMENT OF THE VIRGIN ISLANDS, <br><br>                         Defendants. | 1:09-cv-93 |

**TO:**    Lee Rohn, Esq.
         Edward L. Barry, Esq.
         Royette V. Russell, Esq.

## ORDER

THIS MATTER came before the Court for show cause hearing on March 18, 2010. Royette V. Russell, Esq., appeared and argued why she should not be held in contempt for her failure to appear at the scheduling conference in the above-captioned matter held on March 1, 2010.

Upon review of Royette V. Russell, Esq.'s written responses to the order to show cause and having heard her arguments, the Court finds that her failure to appear was not wilful and declines to hold her in contempt of court for such failure.

Accordingly, it is now hereby **ORDERED** that Royette V. Russell, Esq., is not in contempt of court.

                                        ENTER:

Dated: March 18, 2010                    /s/ George W. Cannon, Jr.
                                                    GEORGE W. CANNON, JR.
                                                    U.S. MAGISTRATE JUDGE