IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

DR. BABU SUBRAMANIAM                    :              CIVIL ACTION
                                        :
        v.                              :              No.  09-93
                                        :
DR. ROBERT CENTENO, et al.              :

## ORDER

AND NOW, this 30th day of December, 2011, it is ORDERED Defendants' Motion to

Compel and Appoint Neutral Arbitrator (Document 100) is DENIED.

It is further ORDERED the parties shall establish a list of at least five impartial arbitrators

in a mutually agreeable manner, and from that list, the parties shall draw one arbitrator at random.

If the parties cannot create a list of at least five arbitrators in a mutually agreeable manner within ten

days from the date of this Order, either party may petition this Court to have a neutral arbitrator

appointed.


                                        BY THE COURT:


                                         \s\  Juan R. Sánchez
                                        Juan R. Sánchez, J.