IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| DR. BABU SUBRAMANIAM | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-93 |
| | : | |
| DR. ROBERT CENTENO, et al. | : | |

**ORDER**

AND NOW, this 9th day of January, 2012, it is ORDERED Plaintiff Dr. Babu Subramaniam's Motion for Reconsideration of the Amended Order Compelling Arbitration (Document 99) is DENIED as moot.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Since the filing of the above-referenced motion, the parties agreed to proceed to arbitration, thus rendering the motion moot.